79,030-01.

RECEIVED IN       RECEIVED IN
COURT OF CRIMINAL APPEALS COURT OF CRIMINAL APPEALS

MAY 20 2015          MAY 19 2015

Abel Acosta, Clerk    Abel Acosta, Clerk

5-15-2015        (dates)

JAMES EDWARD ECHOLS IID. # 1757036
MARK W. STILES UNIT
3060 FM 3514
BEAUMONT, TEXAS 77705

APPEAL CASE
CCA NO. WR-79,030-01
Case No. 401-81145-10

COURT OF CRIMINAL APPEALS
Mr. Abel Acosta, Clerk
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

Dear Mr. Acosta:

"Greetings!" I am contacting your clerk office to Notify you that I am in need of free copies in my case.

1. The appellate record:
2. A copy of the opinions of the court of appeals!
3. A copy of the motions filed in the court of appeals: and
4. Certified copies of any Judgment or order of the court of appeals:
5. I would like the court of criminal Appeals to Answer to the Briefs
6. I want to know who wrote the Briefs
7. Copies of the Briefs
8. When was the Briefs file
9. When was the Briefs Dismiss
10. Appeals District clerk when filing original notice Appeal filing who file it, again who wrote the Appeal ask for the copies of the Briefs

Please Turn over ⟶